

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause Number:        01-17-00608-CR

Trial Court Cause
Number:              15CR1477

Style:               Gerardo Flores

                     **v** The State of Texas

Date motion filed*:  12/10/18

Type of motion:      Motion to Extend Time to File Motion for En Banc Reconsideration

Party filing motion: Appellant

Document to be filed: Motion for En Banc Reconsideration

Is appeal accelerated? ☐ Yes   ☒ No

If motion to extend time:
      Original due date:                          Nov. 9, 2018
      Number of previous extensions granted:      1
      Date Requested:                             January 10, 2019

Ordered that motion is:

    ☐ Granted

        If document is to be filed, document due:

          ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

          ☐ The Court will not grant additional motions to extend time.

    ☒ Denied

    ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐ Other: _____

Judge's signature: /s/ Sherry Radack
        ☒ Acting individually    ☐ Acting for the Court

Date: December 13, 2018